UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY ANN HOPKINS,

    Plaintiff,

v.                                              Case No: 6:15-cv-2077-Orl-40GJK

GANNETT FLEMING, INC.
and BRIAN FLYNN,

    Defendants.
_____

## ORDER

This cause comes before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice of Count I of Plaintiff's Complaint (Doc. 26), filed March 31, 2016. On April 1, 2016, Magistrate Judge Gregory J. Kelly submitted a report recommending that the motion be granted. (Doc. 27). The same day, the parties submitted a jointly-executed Notice of Non-Objection, advising the Court that they agree with the Magistrate Judge's factual findings, legal conclusions, and recommended disposition. The matter is therefore ripe for review.

Upon an independent de novo review of the parties' joint motion to approve the settlement agreement, the Court agrees with Magistrate Judge Kelly's Report and Recommendation in its entirety. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The Magistrate Judge's April 1, 2016 Report and Recommendation (Doc. 27) is **ADOPTED AND CONFIRMED** and made a part of this Order.

1

2. The parties' Renewed Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice of Count I of Plaintiff's Complaint (Doc. 26) is **GRANTED**. The parties' settlement agreement (Doc. 26-1) is **APPROVED**. Count I of the Complaint is **DISMISSED WITH PREJUDICE**.

3. The parties are **DIRECTED** to file a Case Management Report within **seven (7) days** of this Order.

**DONE AND ORDERED** in Orlando, Florida on April 4, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable Magistrate Judge
Counsel of Record