UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY ANN HOPKINS,

     Plaintiff,

v.                                  Case No.: 6:15-CV-2077-Orl-40-GJK

GANNETT FLEMING, INC. and
BRIAN FLYNN,

     Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF AMENDED COMPLAINT

Plaintiff Mary Ann Hopkins and Defendants Gannett Fleming, Inc. and Brian Flynn, by and through their respective undersigned counsel, respectfully file this Joint Stipulation of Dismissal with Prejudice of Amended Complaint, and state as follows:

Following their participation in Court-directed mediation on September 13, 2016, the parties now desire the Court to dismiss this matter with prejudice as all issues were resolved and compromised following the September 13, 2016 mediation and all obligations of the various parties with respect to settlement have been discharged.

Accordingly, the parties jointly request that the Court enter an Order dismissing the Amended Complaint with prejudice as this matter is fully resolved with a settlement that does not involve wage claims or liquidated damages claims under the FLSA.[1]

---

[1] Previously, this case contained a claim under The Fair Labor Standards Act for unpaid back wages and/or liquidated damages, but that matter was resolved with Court approval in April 2016. No claims for back wages or liquidated damages remain in the Amended Complaint which is now the subject of this Joint Stipulation. *See Yost v. Wyndham Vacation Resorts, Inc.*, No. 6:10-cv-1583-ORL-36GJK, 2012 WL 1165598, at *3 (M.D. Fla. Mar. 26, 2012) ("Because *Lynn's Foods*, 679 F.2d at 1355, only requires 'compromises of FLSA back wage or liquidated damage claims' to be presented to the District Court for a determination of whether the proposed settlement is fair

Respectfully submitted this 29th day of September 2016.

**HOLLIFIELD LEGAL CENTRE**

By: **/s/Travis R. Hollifield**
Travis R. Hollifield
Florida Bar No. 0094420
trh@trhlaw.com
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591

*Attorney for Plaintiff*

**FISHER & PHILLIPS, LLP**

By: **/s/Theresa M. Gallion**
Theresa M. Gallion
Florida Bar No. 0726801
tgallion@laborlawyers.com
Marci E. Britt, Esq.
mbritt@laborlawyers.com
Florida Bar No.: 0071561
101 East Kennedy Blvd., Ste. 2350
Tampa, FL 33602
Telephone: (813) 769-7500
Facsimile: (813) 769-7501

*Attorneys for Defendants*

---

and reasonable, the Court does not need to review the parties' settlement of Plaintiff's other claims, provided its terms do not serve to contaminate the Agreement as to the FLSA claim.").