UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY ANN HOPKINS,

    Plaintiff,

v.                                                   Case No:  6:15-cv-2077-Orl-40GJK

GANNETT FLEMING, INC.
and BRIAN FLYNN,

    Defendants.

## ORDER

    This cause comes before the Court upon review of the parties' Joint Stipulation of Dismissal With Prejudice of Amended Complaint (Doc. 47), filed September 29, 2016, in which the parties seek to dismiss their case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Ordinarily, Rule 41 stipulations of dismissal are self-executing and do not require further Court approval.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  An exception to this rule arises in the context of unpaid wage claims brought under the Fair Labor Standards Act ("FLSA"), which require approval either from the presiding district court judge or from the Secretary of Labor prior to dismissal.  *See Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982).  In her initial Complaint, Plaintiff asserted both FLSA and non-FLSA claims, including FLSA claims for unpaid wages which require the type of review and approval described by *Lynn's Food Stores*.  The parties then settled Plaintiff's FLSA unpaid wage claims and received the Court's approval for that settlement.  As a result,

the Court dismissed Plaintiff's FLSA unpaid wage claims and directed the parties to proceed with Plaintiff's remaining non-FLSA claims.

Then, with leave of Court, Plaintiff filed an Amended Complaint to assert a new and related FLSA retaliation claim against Defendants which had recently become ripe through the issuance of a right to sue letter by the Equal Employment Opportunity Commission. In their Joint Stipulation of Dismissal With Prejudice, the parties now advise that they have settled all of Plaintiff's claims against Defendants, including Plaintiff's new FLSA retaliation claim. Because *Lynn's Food Stores* does not require the settlement of an FLSA retaliation claim to receive approval prior to dismissal, *see Hernandez v. Iron Container, LLC*, No. 13-22170-CIV, 2014 WL 633848, at *2 (S.D. Fla. Feb. 18, 2014), the Court finds that the parties' Joint Stipulation of Dismissal With Prejudice is self-executing under Rule 41 and *Anago*.

Accordingly, Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** by stipulation of the parties. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 20, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record